Argued October 16, affirmed December 18, 1978, petition for review denied February 13, 1979

STATE OF OREGON, *Respondent,*
*v.*
GERALD E. MITCHELL, *Appellant.*
(No. 78-01717, CA 11682)
587 P2d 520

John H. Heald, Eugene, argued the cause and submitted the brief for appellant.

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

Appellant's brief does not conform to our rules, especially CDAR 5.7 and 5.21. *See State v. Busch,* 30 Or App 835, 557 P2d 701 (1977).

Affirmed.